UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

CARA WESSELS WELLS,

    Plaintiff,

v.

TEXAS TECH UNIVERSITY, et al.,

    Defendants.

No. 5:23-CV-060-H

## FINAL JUDGMENT

For the reasons stated in the Court's Order, Dkt. No. 39, it is hereby ORDERED, ADJUDGED, and DECREED that:

The plaintiff's claims against the defendants are dismissed with prejudice.

The Clerk of Court is directed to close the case.

So ordered on May 7, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE